**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LABORERS' COMBINED FUNDS OF ) <br> WESTERN PENNSYLVANIA, as agent for ) <br> Philip Ameris and Paul V. Scabilloni, trustees) <br> ad litem, Laborers' District Council of ) <br> Western Pennsylvania Welfare and Pension ) <br> Funds, The Construction Industry ) <br> Advancement Program of Western ) <br> Pennsylvania Fund, and the Laborers' ) <br> District Council of Western Pennsylvania ) <br> and its affiliated local unions, ) <br>  ) <br>             Plaintiff, ) <br>  ) <br>         v. ) <br>  ) <br> POWELL CONSTRUCTORS ) <br> INCORPORATED and VICTOR GREGORY ) <br> POWELL, ) <br>  ) <br>             Defendants. ) | Civil Action No. 19-337 <br><br> Judge Peter J. Phipps |

**MOTION FOR DEFAULT JUDGMENT**

Plaintiff, Laborers' Combined Funds of Western Pennsylvania (the "**Funds**"), by and through their counsel, Tucker Arensberg, P.C., file the following Motion for Default Judgment, stating as follows:

1.      On March 27, 2019, this action was commenced by the Funds by the filing of a Complaint against the Defendants, Powell Constructors Incorporated ("**Powell Constructors**") and Victor Gregory Powell ("**V. Powell**").

2.      On April 3, 2019, the Complaint and Summons were served on the Defendants, Powell Constructors and V. Powell.

3.      Pursuant to Fed. R. Civ. P. 12(a)(1)(A), Defendants were required to file and serve their response to Plaintiff's Complaint no later than April 24, 2019.

4.      On May 13, 2019, a default was entered against Defendants Powell Constructors and V. Powell by the Clerk of Courts pursuant to a Request for Default filed by the Plaintiff.

## COUNT I
### Laborers' Combined Funds of Western Pennsylvania v.
### Powell Constructors Company, Inc.

5.      Plaintiff now requests the entry of a default judgment against Defendant Powell Constructors.

6.      Powell Constructors is indebted to the Funds due to its failure to pay fringe benefit contributions and wage deductions to Plaintiff pursuant to a collective bargaining agreement ("**Agreement**").

7.      The Agreement provides for the assessment of interest on the principal amount of delinquent fringe benefit contributions and wage deductions owed by Powell Constructors.

8.      The Agreement also provides for the assessment of liquidated damages/late charges and attorneys' fees based upon the amount of delinquent sums owed.

9.      As a result of the foregoing, Plaintiff requests the entry of a default judgment against Powell Constructors in the following amount per the listed paragraphs in the Complaint:

| | |
|---|---|
| Principal audit deficiency per Paragraph 8 of Complaint for work performed through September 2018 | $22,241.36 |
| Interest through May 29, 2019 per Paragraph 8 | $2,910.57 |
| Liquidated Damages/Late Charges per Paragraph 8 | $1,552.39 |
| Subtotal | $26,704.32 |
| Attorneys' Fees per Paragraph 11 (20% x $26,704.32) | $5,340.86 |
| Record Costs per Wherefore Paragraph (b) | $475.00 |
| TOTAL | $32,520.18 |

10.     To the best of Plaintiff's knowledge, Powell Constructors is not in the military service of the United States.  See Affidavit attached.

WHEREFORE, Plaintiff Laborers' Combined Funds of Western Pennsylvania respectfully requests this Honorable Court enter a default judgment in its favor, and against the Defendant Powell Constructors Company, Inc. in the amount of $32,520.18.

<u>**COUNT II**</u>
<u>**Laborers' Combined Funds of Western Pennsylvania v.**</u>
<u>**Victor Gregory Powell**</u>

11.     Plaintiff now requests the entry of a default judgment against Defendant Victor Gregory Powell ("**V. Powell**").

12.     Defendant V. Powell is indebted to Plaintiff due to his failure to pay fringe benefit contributions to Plaintiff Funds pursuant to the Agreement.

13.     The Agreement provides interest on the principal amount of delinquent fringe benefit contributions owed by Defendant V. Powell.

14.     The Agreement also provides for liquidated damages/late charges based upon the amount of delinquent principal sums owed.

15.     As a result of the foregoing, Plaintiff requests the entry of a default judgment against Defendant V. Powell in the following amount per the listed paragraphs in the Complaint:

| | |
|---|---|
| Principal audit deficiency per Paragraph 26 of Complaint for work performed through September 2018 | $19,794.81 |
| Interest through May 29, 2019 per Paragraph 26 | $2,590.41 |
| Liquidated Damages/Late Charges per Paragraph 26 | $1,381.63 |
| Subtotal | $23,766.84 |
| Attorneys' Fees per Paragraph 29 (20% x $23,766.84) | $4,753.37 |
| TOTAL | $28,520.21 |

16.     To the best of Plaintiff's knowledge, Defendant V. Powell is not in the military service of the United States.  See Affidavit attached.

WHEREFORE, Plaintiff, Laborers' Combined Funds of Western Pennsylvania, respectfully requests this Honorable Court enter a default judgment in its favor, and against the Defendant, Victor Gregory Powell, in the amount of $28,520.21.

## COUNT III
### Laborers' Combined Funds of Western Pennsylvania v. Victor Gregory Powell

17.     Plaintiff now requests the entry of a default judgment against Defendant, V. Powell.

18.     Defendant V. Powell is indebted to Plaintiff due to his failure to pay wage deductions to the Funds pursuant to the Agreement.

19.     The Agreement provides interest on the principal amount of delinquent wage deductions owed by Defendant V. Powell.

20.     As a result of the foregoing, Plaintiff requests the entry of a default judgment against Defendant V. Powell in the following amount per the listed paragraphs in the Complaint:

| | |
|---|---|
| Principal audit deficiency per Paragraph 34 of Complaint for work performed through September 2018 | $2,446.55 |
| Interest through May 29, 2019 per Paragraph 36 | $320.16 |
| TOTAL | $2,766.71 |

21.     To the best of Plaintiff's knowledge, Defendant V. Powell is not in the military service of the United States.  See Affidavit attached.

WHEREFORE, the Plaintiff Laborers' Combined Funds of Western Pennsylvania, respectfully requests this Honorable Court enter a default judgment its favor, and against Defendant Victor Gregory Powell in the amount of $2,766.71.

TUCKER ARENSBERG, P.C.


*/s/ Neil J. Gregorio*
Jeffrey J. Leech, Esquire
PA I.D. No. 16814
jleech@tuckerlaw.com
Neil J. Gregorio, Esquire
PA I.D. No. 90859
ngregorio@tuckerlaw.com
Ian M. Grecco, Esquire
PA I.D. No. 324372
igrecco@tuckerlaw.com

Attorneys for Plaintiff
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212

TADMS:5112251-1 000004-010359