IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORER'S COMBINED FUNDS OF WESTERN PENNSYLVANIA, as agent for Phillip Ameris and Paul V. Scabilloni, trustees ad litem, Laborer's District Council of Western Pennsylvania Welfare and Pension Funds, The Construction Industry Advancement Program of Western Pennsylvania Fund, and the Laborers' District Council of Western Pennsylvania and its affiliated local unions, <br><br>             Plaintiff, <br><br> vs. <br><br> POWELL CONSTRUCTORS INCORPORATED and VICTOR GREGORY POWELL, <br><br>             Defendants, <br><br> vs. <br><br> CITIZENS BANK, N.A., <br><br>             Garnishee. | CIVIL DIVISION <br><br> Civil Action No. 2:19-cv-00337-MRH |

## JUDGMENT

Pursuant to the Praecipe for Judgment by Admission and Affidavit filed, judgment is hereby entered against Citizens Bank, N.A., Garnishee, in the amount of $31,016.92.

_____
Date

                              _____
                              *Jana Hester*
                              Deputy Clerk

CLERK'S ENTRY OF JUDGMENT

Date: 2/9/2022

*Jana Hester*
Docket Clerk

*Joshua C. Lewis*
Joshua C. Lewis